El Pueblo *v.* Ortiz.

Apelación procedente de la Corte de Distrito de Mayagüez.

No. 4.—Resuelto en Octubre 10, 1904.

Apelación—Pliego de Excepciones—Error Manifiesto en Autos.—No habien-

do pliego de excepciones, ni apareciendo en los autos error alguno que justifi-
que la revocación de la sentencia apelada, ésta debe ser confirmada.

Abogado del apelante: *Sr. Rossy, (Manuel F.)*

Abogado del apelado: *Sr. Rossy, Fiscal.*

EL JUEZ ASOCIADO SR. MACLEARY, emitió la siguiente opi-
nión del Tribunal.

En esta causa el acusado fué declarado culpable del delito
de asalto con idea de violación cometido en la persona de su
hermana. Después de haberse presentado la acusación en de-
bida forma, fué juzgado por un Jurado y declarado culpable
de acuerdo con la acusación. Fué sentenciado por la Corte á
seis años de presidio con trabajos forzados y al pago de las
costas.

El acusado presentó una moción pidiendo nuevo juicio con
motivo de las pruebas nuevamente presentadas, cuya moción
fué desestimada por la Corte, por no estar de acuerdo con los
estatutos. De esta resolución él tomó excepción que fué ano-
tada en el record; y no aparece que ningún pliego de excep-
ciones se haya presentado á la Corte de Distrito.

Se presentó apelación á esta Corte, sin asistencia de abo-
gado en representación del acusado, pero uno presentó un
alegato á su favor, habiendo el Fiscal informado oralmente y
por escrito.

Después de haber sido examinados los autos cuidadosa-
mente, no aparece ningún error; por tanto el fallo de la Corte
de Distrito debe confirmarse.

*Confirmada.*

Jueces concurrentes, Sres Presidente, Quiñones y Asocia-
dos, Hernández, Figueras y Wolf.